Michelle Bumgarner, Esq
Nevada Bar No. 10525
ADAMS ESQ, A Professional Corporation
One East Liberty, Suite 600
Reno NV 89501
(775) 219-6777 (phone)
(775) 924-7200 (fax)
mbumgarner@adamsesq.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| W.T., a minor, by and through Guardians ad Litem and individuals, C.P and B.P.,<br><br>Plaintiffs,<br><br>v.<br><br>DOUGLAS COUNTY SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 3:21-cv-242-MMD-CLB<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>**FILING FEE IS $250**_____ |

## VERIFIED APPLICATION FOR ASSOCIATION
## OF COUNSEL UNDER NEVADA SUPREME COURT RULE 42

Jean Murrell Adams, Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of ADAMS ESQ, a Professional Corporation with offices at 1300 Clay Street, Oakland CA 94612, (510) 832-6000, jmurrelladams@adamsesq.com.
2. That Petitioner has been retained personally or as a member of the law firm by W.T., a minor, by and through Guardians ad Litem and individuals, C.P and B.P.

1
VERIFIED APPLICATION FOR ASSOCIATION OF COUNSEL UNDER NEVADA SUPREME
COURT RULE 42

to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since December 7, 1988, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the Supreme Court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts, except that Petitioner has taken non-disciplinary voluntary inactive status (later renamed "administrative suspension") in Pennsylvania as of March 1995.

5.

| COURT | DATE ADMITTED | CURRENT STATUS | BAR NUMBER |
|---|---|---|---|
| 9TH Cir. Ct of Appeals | December 1988 | Active | 138458 |
| U.S.D.C. C.D. Cal. | December 1988 | Active | 138458 |
| U.S.D.C. E.D. Cal. | March 2013 | Active | 138458 |
| U.S.D.C. N.D. Cal. | May 2021 | Active | 138458 |
| Commonwealth of PA | May 1988 | Voluntary Inactive (3/29/1995) | 52046 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except

as described in detail below: NONE

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission): NONE

8. That Petitioner is a member of good standing in the following Bar Associations: State Bar of California, Pennsylvania Bar Association, Black Women Lawyers of Los Angeles (Lifetime Member).

9. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2(formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.): NONE

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED this 2nd day of June, 2021

_____ Petitioner/Affiant (blue ink)
Jean Murrell Adams

STATE OF California )
                    ) ss
COUNTY OF Solano )

Subscribed and sworn to before me

this 2nd day of June, 20 21

_Sudha Vohra_____
Notary Public

> SUDHA VOHRA
> Notary Public - California
> Solano County
> Commission # 2349001
> My Comm. Expires Mar 25, 2025

DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate <u>Michelle Bumgarner</u>, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

| <u>One East Liberty 6th Floor</u> | <u>Reno</u> | <u>Washoe</u> | , | <u>Nevada</u> | , |
|---|---|---|---|---|---|
| Street Address | City | County | | State | |

<u>89501</u>, <u>(775) 219-6777</u>.
Zip Code          Phone Number

<u>mbumgarner@adamsesq.com</u>.

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies), for themselves, and in their respective capacities as Guardians ad litem for W.T., appoint(s) <u>Michelle Bumgarner</u> as his/her/their Designated Resident

5
VERIFIED APPLICATION FOR ASSOCIATION OF COUNSEL UNDER NEVADA SUPREME COURT RULE 42

Nevada Counsel in this case.

*Craig Phillips (signature)*

_____Craig Phillips_____
Craig Phillips (print name)

*Bettina Phillips (signature)*

_____Bettina Phillips_____
Bettina Phillips (print name)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Respectfully submitted,

*Michelle Bumgarner*
Michelle Bumgarner, Esq.
ADAMS ESQ., Attorneys for Petitioners
Nevada Bar No. 10525
mbumgarner@adamsesq.com

APPROVED:

Dated: this __7th__ day of __June__ 2021

_____
UNITED STATES DISTRICT JUDGE



**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

May 28, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JEAN KATHLEEN MURRELL, #138458 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 1988; that at her request, on November 22, 2002, her name was changed to JEAN KATHLEEN MURRELL ADAMS on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records