Michelle Bumgarner, Esq.
Nevada Bar No. 10525
ADAMS ESQ, A Professional Corporation
One East Liberty, Suite 600
Reno NV 89501
(775) 219-6777 (phone)
(775) 924-7200 (fax)
mbumgarner@adamsesq.com
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| W.T., a minor, by and through Guardians ad Litem and individuals, C.P and B.P., <br><br>Plaintiffs, <br><br>v. <br><br>DOUGLAS COUNTY SCHOOL DISTRICT, <br><br>Defendant. | Case No.: 3:21-cv-242-MMD-CLB <br><br>**MOTION TO LODGE ADMINISTRATIVE RECORD UNDER SEAL; PROPOSED ORDER** <br><br>**[LOCAL RULE IA 10-5]** |

Plaintiffs hereby move for an Order pursuant Local Rule IA 10-5 for leave to file the Administrative Record ("AR") under seal.

Plaintiff W.T. is a minor child who is the subject of this appeal and the underlying special education administrative hearing. On November 2-4, 2020, the Nevada Department of Education held a Due Process Hearing involving Petitioners W.T. and his Parents and Respondent Douglas County School District. The Hearing Officer Kevin P. Ryan rendered a final Decision ("Decision"). On March 9, 2021, State Review Officer Diaz-Pollack issued her Decision and Order affirming the Hearing Officers Decision. The AR from the Nevada Department of Education, State Review Officer ('SRO') contains W.T.'s private and confidential medical, physiological and/or academic information.

The disclosure of private medical, physiological and/or academic information regarding W.T. might cause embarrassment and/or annoyance to him and/or his parents. Plaintiffs believe that the privacy rights of W.T. outweigh any right the public may have to obtain access to information about him contained in the records.

WHEREAS, Plaintiffs request this Court to enter an order that the AR be a SEALED record at such time as it is lodged with this Court and as long as it remains with this Court for this matter.

Dated: September 7, 2021

Respectfully submitted,

ADAMS ESQ, a Professional Corporation

/s/Michelle Bumgarner
Michelle Bumgarner
Attorney for Plaintiffs

## ORDER

The Court, having reviewed and considered the forgoing and finding good cause, does hereby ORDER that the Motion to Lodge Administrative Records under seal is hereby granted. Plaintiffs shall comply with LR IA 10-5 and LR IC 4-1(c).

DATED: September 8, 2021

_____
Carla Baldwin
UNITED STATES MAGISTRATE JUDGE