Jean Murrell Adams, Esq. (State Bar No. 138458)
Michelle Bumgarner, Esq
Nevada Bar No. 10525
ADAMS ESQ, A Professional Corporation
One East Liberty, Suite 600
Reno NV 89501
(775) 219-6777 (phone)
(775) 924-7200 (fax)
mbumgarner@adamsesq.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| W.T., a minor, by and through Guardians ad Litem and individuals, C.P and B.P., <br><br>Plaintiffs, <br><br>v. <br><br>DOUGLAS COUNTY SCHOOL DISTRICT, <br><br>Defendant. | Case No.: 3:21-cv-242-MMD-CLB <br><br>**SUPPLEMENTAL JOINT STATUS MANAGEMENT REPORT** <br><br>Date: <br>Time: <br>Ctrm.: |

**TO THE HONORABLE MIRANDA DU, UNITED STATES JUDGE:**

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1, Jean Murrell Adams, Esq., and Michelle Bumgarner, Esq., of the ADAMS ESQ law firm, counsel for Plaintiffs W.T., a minor, by and through his Guardian ad Litem, and individuals C.P. and B.P. ("Plaintiff" or "Plaintiffs"); and Paul J. Anderson, Esq., of the law firm of Maupin, Cox & LeGoy, counsel for Defendant Douglas County School District ("DCSD" or "District"), met and conferred telephonically on January 5, 2022 and through subsequent e-mail exchanges to develop this Supplemental Joint Status Management Report which amends the Case Management Report as follows: .

## 1. CASE STATUS

The parties met and participated in a judicially mandated Settlement Conference on or about November 17, 2021. The parties were unable to reach a settlement, but did agree to limited discovery. Defendant timely responded to Plaintiffs' Request for Production of Documents on or about December 20, 2021. The parties participated in a "meet and confer" on January 5, 2022 to discuss documents Plaintiffs requested and believe to still be outstanding. Plaintiffs agreed to prepare a Supplemental Request for Production to which Defendant will respond. Accordingly, the parties request that the briefing schedule be extended by 60 days as provided below.

## 2. MOTIONS

There are no pending motions. The following is a list of anticipated motions:

| Moving Party | Subject Matter of the Motion |
| --- | --- |
| Plaintiffs and Defendant | Motion for Summary Judgment |
| Plaintiffs and Defendant (if necessary) | Motion to Supplement the Record |

The proposed hearing schedule for these motions is set forth below.

| Moving Party | Subject Matter of the Motion with Dates |
| --- | --- |
| Both Parties | Motion to Supplement the Record – February 15, 2022 |
| Plaintiffs/Defendant's | Cross-Motion(s) for Summary Judgment – March 15, 2022 |
| Defendants/Plaintiffs | Opposition and Reply - April 15, 2022 |
| Plaintiffs/Defendants | Reply – April 29, 2022 |

All motion papers, oppositions and replies will be filed based on the periods above and in accordance with Local Rules.

## 3. CASE MANAGEMENT CONFERENCE

The Parties do not anticipate the need for a Case Management Conference at this time but will provide a revised Joint Case Management Report with scheduling changes in the event one is needed.

| | | |
|---|---|---|
| 1 | DATED: January 6, 2022 | ADAMS ESQ |
| 2 | | |
| 3 | | By: /s/ Michelle Bumgarner |
| 4 | | Michelle Bumgarner<br>Attorneys for Plaintiff<br>W.T. and Mr. and Mrs. Phillips |

DATED: 1/6/2022          MAUPIN, COX & LEGOY

By: /s/ _____
Paul J. Anderson, Esq
Attorneys for Defendant
Douglas County School District

IT IS SO ORDERED.

xxxxxxxxxxxxxxxxxxxxx
United States District Judge
~~Honorable Miranda Du~~

_____
UNITED STATES MAGISTRATE JUDGE

3
SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT