Jean Murrell Adams, Esq. (State Bar No. 138458)
Michelle Bumgarner, Esq
Nevada Bar No. 10525
ADAMS ESQ, A Professional Corporation
One East Liberty, Suite 600
Reno NV 89501
(775) 219-6777 (phone)
(775) 924-7200 (fax)
mbumgarner@adamsesq.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| W.T., a minor, by and through Guardians ad Litem and individuals, C.P and B.P., <br><br>Plaintiffs, <br><br>v. <br><br>DOUGLAS COUNTY SCHOOL DISTRICT, <br><br>Defendant. | Case No.: 3:21-cv-242-MMD-CLB <br><br>**STIPULATION RE REQUEST FOR EXTENSION OF TIME TO FILE MOTION TO SUPPLEMENT THE RECORD AND PROPOSED ORDER** <br><br>Date: <br>Time: <br>Ctrm.: |

**TO THE HONORABLE MAGISTRATE JUDGE CARLA BALDWIN, UNITED STATES MAGISTRATE JUDGE:**

Undersigned Counsel for the Parties participated in a meet-and-confer on February 11, 2022 and agreed to an extension to file the Motion to Supplement the Record. Accordingly, the Parties stipulate and agree the deadline for filing the Motion to Supplement the Record shall be February 24, 2022.

DATED: February 14, 2022          ADAMS ESQ

                                  By: /s/
                                  Michelle Bumgarner
                                  Attorneys for Plaintiff
                                  W.T. and Mr. and Mrs. Phillips

DATED: February 14, 2022          MAUPIN, COX & LEGOY

                                  By: /s/
                                  Paul J. Anderson, Esq
                                  Attorneys for Defendant
                                  Douglas County School District

IT IS SO ORDERED.

_____
United States District Judge
Honorable Magistrate Carla Baldwin