Paul J. Anderson, Esq., NSB #709
Maupin, Cox & LeGoy
4785 Caughlin Parkway
Reno, NV 89519
panderson@mcllawfirm.com
Tel.: (775) 827-2000
Fax: (775) 827-2185
*Defendant Douglas County School District*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| W.T., a minor by and through Guardians ad Litem and individuals, C.P. and B.P., | Case No.: 3:21-cv-00242:MMD-CLB |
| Plaintiffs, | **JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR MOTION BRIEFING DEADLINES (FIRST REQUEST)** |
| vs. | |
| DOUGLAS COUNTY SCHOOL DISTRICT, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 6(b)(A) and Local Rule LR IA 6-1, Defendant Douglas County School District ("DCSD" or "District"), by and through its counsel of record, Paul J. Anderson, Esq., of the law firm of Maupin, Cox & LeGoy, and Plaintiffs W.T., a minor, by and through his Guardian ad Litem, and individuals C.P. and B.P. ("Plaintiff" or "Plaintiffs"), by and through their counsel of record, Murrell Adams, Esq., and Michelle Bumgarner, Esq., of the law firm of Adams Esq., collectively referred to herein as the "Parties," hereby stipulate and agree that the current briefing deadlines should be extended as follows:

1. Deadline for Plaintiffs' and Defendant's Cross Motions for Summary Judgment shall be extended from March, 15, 2022 to **April 22, 2022**;

2. Deadline for Plaintiffs' and Defendant's Oppositions/Responses to Cross

1  Motions for Summary Judgment shall be extended from April 15, 2022 to **May 23, 2022**; and

3. Deadline for Plaintiffs' and Defendant's Replies to Cross Motions for Summary Judgment shall be extended from April 29, 2022 to **June 6, 2022**.

This is the Parties' first request for extension of time for the above-referenced briefing deadlines. The extension of time is necessary to the Parties' engagement in discovery and subsequent supplement to the Administrative Record.

Dated this 28th day of _____February_____, 2022.

MAUPIN COX & LEGOY

By: /s/ Paul J. Anderson
Paul J. Anderson, Esq
Attorneys for Defendant
Douglas County School District

Dated this 28th day of _____February_____, 2022.

ADAMS ESQ

By: /s/ Michelle Bumgarner
Michelle Bumgarner, Esq.
Attorneys for Plaintiff
W.T. and Mr. and Mrs. Phillips

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE



4785 Caughlin Pkwy
Reno, Nevada 89519
(775) 827-2000
www.mcllawfirm.com