1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

9

W.T., a minor, by and through Guardians ad

10

Litem and individuals, C.P and B.P.,

11

Plaintiffs,

12

v.

13

14

DOUGLAS COUNTY SCHOOL DISTRICT,

15

Defendant.

Case No.: 3:21-cv-00242-ART-CLB

**ORDER APPROVING
JOINT STIPULATION TO EXTEND
BRIEFING SCHEDULE AND
PROPOSED ORDER**

**(SECOND REQUEST)**

16         Pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 6 and this Court's

17
Local Rule of Civil Practice ("LR IA") 6-1, Plaintiffs and Defendants, above-named, by

18
and through their undersigned counsel of record, hereby stipulate to extend the current

19
briefing schedule as follows:

20

21         1.   Deadline for Plaintiffs to oppose or respond to Defendant's Motion for

22              Judgment on the Administrative Record, or in the Alternative for Summary

23              Judgment, and deadline for Defendant to oppose or respond to Plaintiffs' Motion

24              for Summary Judgment shall be extended from May 23, 2022, to June 6, 2022;

25              and

26

27         2.   Deadline for Plaintiffs and Defendant's Replies to the above Motions shall be

28              extended from June 6, 2022 to June 24, 2022.

This is the second request to extend deadlines associated with the briefing of these Motions.  The Parties previously requested an extension of time through the filing of a Joint Stipulation and Request for Extension of Time for Motion Briefing Deadlines (First Request) (Doc. 39), on February 28, 2022, which this Court approved by Order dated February 28, 2022 (Doc. 40).

The Parties filed their respective Motions identified in paragraphs 1 and 2, above, on April 22, 2022.  The Motions are extensive, requiring review of an administrative record that exceeds 3000 pages, concerning a special education due process hearing that involves complex issues.  The oppositions and responses to the Motions are requiring significant time to prepare due to the extensive administrative record thereby necessitating the additional time requested herein. There is no date presently set for oral argument on these Motions although oral argument has been requested.

Additionally, counsel for Plaintiffs and Defendant have several other Motions, judicial and administrative hearings and trials pending that are requiring their attention at this time in addition to preparation of their respective oppositions and responses to the pending Motions described above.

This Stipulation is not interposed for any improper purpose or to delay final resolution of this matter, but instead is submitted to ensure the Parties are able to prepare the remaining briefs so this Court will be fully informed of the Parties positions and able to make a well informed and proper decision.

For the above reasons the Parties respectfully request the Court approve this Stipulation and enter the Order below.

/ / /

/ / /

DATED:  May 17, 2022

ADAMS ESQ


By:  /s/  Michelle Bumgarner
      Michelle Bumgarner
      Attorneys for Plaintiff
      W.T. and Mr. and Mrs. Phillips

DATED:  May 17, 2022

MAUPIN, COX & LEGOY


By:  /s/  Paul J. Anderson
      Paul J. Anderson, Esq
      Attorneys for Defendant
      Douglas County School District


IT IS SO ORDERED:


_____
Anne R. Traum
United States District Judge


Dated: May 24, 2022