1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

9  W.T., a minor by and through Guardians ad
10 Litem and individuals, C.P. and B.P.,

                                                    Case No.: 3:21-cv-00242-ART-CLB
11            Plaintiffs,
                                                    **ORDER GRANTING**
12 vs.
                                                    **JOINT STIPULATION TO**
13 DOUGLAS COUNTY SCHOOL DISTRICT,                  **CONTINUE BRIEFING**
                                                    **DEADLINES**
14            Defendants.
15 _____/

16          Pursuant to Federal Rule of Civil Procedure 6(b)(A) and Local Rule LR IA 6-1,

17 Defendant Douglas County School District ("DCSD" or "District"), by and through its counsel

18 of record, Paul J. Anderson, Esq., of the law firm of Maupin, Cox & LeGoy, Ann M.

19 Alexander, Esq., of the law firm of Alexander & Associates, Inc., and Plaintiffs W.T., a minor,

20 by and through his Guardian ad Litem, and individuals C.P. and B.P. ("Plaintiff" or

21 "Plaintiffs"), by and through their counsel of record, Jean Murrell Adams, Esq., and Michelle

22 Bumgarner, Esq., of the law firm of Adams Esq., collectively referred to herein as the

23 "Parties," hereby stipulate and agree that the current briefing deadlines be continued as follows:

24          1.       This Court entered its Amended Order on September 20, 2023 (ECF No. 73)

25 directing Plaintiffs to submit briefing on the subject of remedies, and the issue of costs and

26 attorneys' fees awarded to the DCSD for its Motion to Strike (ECF No. 63). The deadline for

Plaintiffs brief is November 20, 2023.

2.    The Order further directed DCSD to respond to Plaintiffs' brief within twenty-on (21) days of filing of Plaintiffs' brief. Plaintiffs would then respond within fourteen (14) days of filing of DCSD's response.

3.    The Parties have agreed to continue the briefing schedule and deadlines set forth in the Order to participate in private mediation.

4.    The Parties agree to continue the deadlines set forth in the Order (ECF No.  73) to allow the Parties time to participate in private mediation.

5.    Should the Parties fail to settle the outstanding issues through private mediation, they will notify the Court within ten (10) business days of the failed mediation to request a briefing schedule be set by the Court.

This is the Parties' first request for continuation of the above-referenced briefing deadlines. The extension of time is necessary to the Parties' engagement private mediation.

Dated this 20th day of September, 2023.

MAUPIN COX & LEGOY


By:  /s/ Paul J. Anderson
        Paul J. Anderson, Esq
        Attorneys for Defendant
        Douglas County School District

Dated this 20 day of September, 2023.

ADAMS ESQ


By:  /s/  Michelle Bumgarner
        Michelle Bumgarner, Esq.
        Attorneys for Plaintiff
        W.T. and Mr. and Mrs. Phillips

Based on the parties' stipulation (ECF No. 74), and good cause showing, the deadlines set forth in the Order (ECF No. 73) are hereby STAYED to allow the Parties time to participate in private mediation.

The parties shall file a joint notice advising the Court of the status of settlement on or before Monday, November 20, 2023.

IT IS SO ORDERED.

DATED: <u>September 22, 2023</u>.

United States District Court Judge
Honorable Anne R. Traum