**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| W.T., a minor, by and through Guardians ad Litem and individuals, C.P and B.P.,<br><br>Plaintiffs,<br><br>v.<br><br>DOUGLAS COUNTY SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 3:21-cv-242-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Defendant, DOUGLAS COUNTY SCHOOL DISTRICT, by and through its undersigned counsel, and Plaintiff, W.T., a minor, by and through Guardians ad Litem and individuals, C.P and B.P., through their undersigned counsel, hereby stipulate and agree that the above-entitled action, and each end every claim for relief asserted therein, be dismissed with prejudice, with each party to bear his, her or its own costs, expenses and fees incurred in this litigation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dated this 7th day of February, 2024.

           MAUPIN COX & LEGOY

           By: /s/ Paul J. Anderson
               Paul J. Anderson, Esq
               Attorneys for Defendant
               Douglas County School District

Dated this 7th day of February, 2024.

           ADAMS ESQ

           By: /s/ Michelle Bumgarner
               Michelle Bumgarner, Esq.
               Attorneys for Plaintiffs

**ORDER**

Based on the Parties' stipulation, IT IS SO ORDERED, the Clerk of the Court is directed to dismiss this matter with prejudice, with each of the Parties to bear their own costs and expenses incurred in this litigation. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: February 12, 2024.

           United States District Judge
           Honorable Anne R. Traum